Commonwealth of Pennsylvania, Department of Public Welfare, Appellant *v.* Lottie L. Kashetta, et al., Appellees.

Argued October 4, 1976, before Judges MENCER, ROGERS and BLATT, sitting as a panel of three.

*Brigid E. Carey,* Special Assistant Attorney General, with her *Robert P. Kane,* Attorney General, for appellant.

*Richard A. Brown,* with him *Eugene F. Smith* and *Joseph D. Paparelli,* for appellee, Lottie L. Kashetta.

OPINION BY JUDGE ROGERS, November 4, 1976:

We affirm the order below on the able opinion by Judge KOSIK of the Court of Common Pleas of Lackawanna County, reported at 77 Lackawanna Jurist 5 (1976).

ORDER

AND Now, this 4th day of November, 1976, is ordered that the March 26, 1976 Order of the Court of Common Pleas of Lackawanna County be and it is hereby affirmed.